**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH RUDOLPH WOOD, III, | No. 08-99003 |
| Petitioner - Appellant, | D.C. No. 4:98-CV-00053-JMR District of Arizona, Tucson |
| v. | |
| CHARLES L. RYAN, interim Director, Arizona Department of Corrections, | ORDER |
| Respondent - Appellee. | |

Before: WARDLAW, Circuit Judge.

Petitioner has filed a Petition for Writ of Habeas Corpus and Motion for Stay of Execution. Because the three-judge panel consisting of Judges Thomas, Gould, and Bybee has jurisdiction over Appeal No. 08-99003 and petitioner's execution is not "imminent," the Petition for Writ of Habeas Corpus and Motion for Stay of Execution is referred to the Clerk for determination by the three-judge panel. *See* Cir. R. 22-2(c) ("Once a case is assigned to a death penalty panel, the panel will handle all matters pertaining to the case . . . ."); Cir. R. 22-4(e) ("In all capital cases where petitioner seeks a stay of execution, the Clerk shall refer any motion for a

stay of execution to the death penalty panel.").

   **IT IS SO ORDERED.**